United States District Court
District of Massachusetts - Boston Division

Martin Stephen Gottesfeld
v.
John Gibbons

Docket No.: 1:18-cv-10376-FDS

## Motion For Discovery

Martin Stephen Gottesfeld (petitioner) moves The Court to order the United States Attorney's Office in Boston (herein "the USAO") to provide to him all discovery materials to which he is entitled and which it has already produced for his counsel in the matter of 1:16-cr-10305-NMG. The petitioner's mailing address is indicated below.

Respectfully Submitted and Mailed on 3/3/18,

/s/ M.G.

Martin S. Gottesfeld, ID #71225
PCCF Unit H1, Cell 224
26 Long Pond Road
Plymouth, MA 02360

FILED IN CLERKS OFFICE
2018 MAR -9 PM 3:39
U.S. DISTRICT COURT
DISTRICT OF MASS.