FILED IN CLERKS OFFICE
2018 MAR -9 PM 3:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
District of Massachusetts – Boston Division

Martin Stephen Gottesfeld
v.
John Gibbons

Docket No.: 18-cv-10376-FDS

## Motion To Require The Setting Of Terms And Conditions Of Bail

Martin Stephen Gottesfeld (petitioner) moves The Court to refer the matter of his detention to a neutral and detached U.S. Magistrate Judge (USMJ) for the setting of terms and conditions of bail.

As noted in the accompanying filing "Motion To Dismiss The Indictment In U.S. v. Gottesfeld (16-cr-10305-NMG) For Violation Of The Speedy Trial Act's 30-Day Rule)", the petitioner will soon begin his 3rd year incarcerated in violation of the Speedy Trial Act. As dismissal of the indictment is mandated by 18 U.S.C.A. §3162(a)(1) and is therefore imminent, but it may take some time for The Honorable Court to determine whether to dismiss the indictment with or without prejudice, the petitioner requests that The Court refer the matter of his detention to a neutral and detached U.S. Magistrate Judge (USMJ) for the setting of terms and conditions of bail in the meantime rather than allow his oppressive pre-trial incarceration to continue; in violation

— Page 1 of 2 —

of the STA.

The petitioner also notes that The Honorable Magistrate Judge Marianne B. Bowler has financial interests which preclude her from serving as a neutral and detached magistrate in this matter. She is a former research assistant at Harvard Medical School who is married to Marc Pfeffer, a Harvard Medical School professor who is also a paid practitioner at a Harvard-affiliated hospital. This case is replete with mentions of Harvard hospitals and their research. A Harvard hospital is an alleged supposed victim.

Additionally, Magistrate Bowler is an emeritus director of The Boston Foundation, which raises money for another alleged supposed victim in the principal matter at hand, The Wayside Youth And Family Support Network.

Respectfully Mailed And Submitted on 3/4/18,

MG

Martin S. Gottesfeld, ID #71225
PCCF, Unit H1, Cell 224
26 Long Pond Road
Plymouth, MA ~~02310~~ 02360

- Page 2 of 2 -