United States District Court
District of Massachusetts

| | |
|---|---|
| MARTIN STEPHEN GOTTESFELD,       )<br>                                  )<br>         Petitioner              )<br>                                  )<br>         v.                      )<br>                                  )<br> JOSEPH D. MCDONALD, JR.          )<br>                                  )<br>         Respondent.              ) | Civil Action No.<br>18-10376-NMG |

ORDER

GORTON, J.

With respect to this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the following motions have been filed by petitioner and are pending:

- Motion for the recusal of the Honorable Judge Saylor (Docket No. 5)

- Motion to correct/clarify the docket (Docket No. 6)

- Motion for discovery (Docket No. 9)

- Motion to apply the prison mailbox rule (Docket No. 10)

- Motion to require the setting of terms and conditions of bail (Docket No. 11)

- Motion to vacate/revoke the detention order in United States v. Gottesfeld (16-cr-10305) (Docket No. 12)

- Motion to dismiss the indictment in United States v. Gottesfeld (16-cr-10305) on due process grounds (Docket No. 13)

- Motion to dismiss the indictment in United States v. Gottesfeld (16-cr-10305) on First Amendment grounds (Docket No. 14)

- Motion to dismiss the indictment in United States v. Gottesfeld (16-cr-10305) for violation of the Speedy Trial Act's 30-day rule (Docket No. 15)

In accordance with the Court's Memorandum and Order (Docket No. 16) entered herein all of the above motions are **DENIED as moot.**

                                               /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated March 12, 2018